**E-filed 5/21/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONRELL DONAVAN MURPHY, | ) | No. C 03-3379 JF (PR) |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER; DENYING MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE; ORDER STAYING CASE AND REFERRAL TO PRO SE PRISONER SETTLEMENT PROGRAM; INSTRUCTIONS TO CLERK |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ROY PEREZ, | ) | |
| Defendant. | ) | |
| | ) | (Docket Nos. 45, 50) |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 and the California Tort Claims Act against Officer Roy Perez concerning an altercation on November 19, 2002 at Salinas Valley State Prison ("SVSP"). On March 16, 2005, the Court dismissed three of the claims and ordered service of the remaining claim in the instant complaint. Defendant filed an answer to the complaint and notified the Court that Defendant would not file a motion for summary judgment in this matter. Plaintiff filed a motion for summary judgment, Defendant filed an opposition and

1 Plaintiff filed a reply.  The Court denied Plaintiff's motion for summary judgment and
2 directed the parties to file a status conference statement.

3 On February 20, 2007, Plaintiff filed an emergency motion for a protection order,
4 requesting that the Court protect his witness inmate Darrell Wright from being deposed
5 by Defendant's counsel on February 20, 2007 at Pelican Bay State Prison.  The Court
6 ordered Defendant to show cause why Defendant did not confer with Plaintiff prior to
7 noticing the February 20, 2007 deposition pursuant to Local Rule 30-1 and why the
8 deposition of Plaintiff's witness Wright should not be rescheduled to provide Plaintiff
9 with access to the deposition.  Defendant filed a response to the Order to Show Cause on
10 March 27, 2007 and Plaintiff filed a reply on April 5, 2007.  Because the deposition of
11 inmate witness Wright took place on February 20, 2007, Plaintiff's motion for a
12 protective order (docket no. 45) is DENIED as moot.  In its response, Defendant states
13 that Defendant will meet and confer with Plaintiff prior to scheduling any future
14 depositions of witnesses that are affiliated with Plaintiff.  Defendant shall provide a copy
15 of inmate Wright's deposition to Plaintiff **within thirty days** of the date of this order.
16 Plaintiff may then review the deposition proceeding and make further discovery requests
17 prior to trial.  The Court will refer the instant case to the Court's Pro Se Prisoner
18 Settlement Program.  Plaintiff's motion for appointment of counsel (docket no. 50 ) is
19 DENIED without prejudice at this time.

20 Good cause appearing, the instant case is referred to Magistrate Judge Vadas for
21 settlement proceedings pursuant to the Pro Se Prisoner Early Settlement Program.  The
22 proceedings shall take place within forty-five days of the date this order is filed.
23 Magistrate Judge Vadas shall coordinate a time and date for a settlement proceeding with
24 all interested parties and/or their representatives and, within ten (10) days after the
25 conclusion of the settlement proceedings, file a report on the proceedings with the Court.
26 The instant case is STAYED pending the settlement conference proceedings.
27 \\\
28

Order Denying  Plaintiff's Motion for Protective Order; Denying Motion for Appointment of Counsel Without Prejudice; Order
Staying Case and Referral to Pro Se Prisoner Settlement Program; Instructions to Clerk
P:\pro-se\sj.jf\cr.03\Murphy379miscrefer         2

**CONCLUSION**

1. Plaintiff's motion for a protective order (docket no. 45) is DENIED as moot. Defendant shall provide a copy of inmate Wright's deposition to Plaintiff **within thirty days** of the date of this order.

2. Plaintiff's motion for appointment of counsel (docket no. 50 ) is DENIED without prejudice at this time.

3. The instant action is STAYED pending settlement conference proceedings before Magistrate Judge Vadas.

4. The Clerk of Court shall deliver the court file or a copy thereof, including a copy of this order, to Magistrate Judge Vadas in Eureka, California.

5. It is Plaintiff's responsibility to prosecute this case. Plaintiff is reminded that all communications with the Court must be served on respondent by mailing a true copy of the document to Respondent's counsel. Plaintiff must keep the Court and all parties informed of any change of address by filing a separate paper captioned "Notice of Change of Address." He must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: 5/18/07

JEREMY FOGEL
United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Monrell Donavan Murphy
   P-24634/ C4-109
   Calipatria State Prison
4  P.O. Box 5006
   Calipatria, CA  92233
5

6  Christopher Michael Young
   Julianne Mossler
7  CA State Attorney General's Office
   455 Golden Gate Avenue
8  Suite 11000
   San Francisco, CA  94102-7004
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying  Plaintiff's Motion for Protective Order; Denying Motion for Appointment of Counsel Without Prejudice; Order
Staying Case and Referral to Pro Se Prisoner Settlement Program; Instructions to Clerk
P:\pro-se\sj.jf\cr.03\Murphy379miscrefer                4