IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONRELL DONOVAN MURPHY,

    Plaintiff,

        v

ROY PEREZ,

    Defendant.

Case No C 03-03379

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on July 2, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General

    ☒ Other: California Department of Corrections and Rehabilitation.

(2) The following individuals, parties, and/or representatives did not appear:

_____

_____

(3) The outcome of the proceeding was:

    ☒ The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court within one hundred

1  eighty days..

2  ☐  The case has been partially resolved and, on or before

3  _____, counsel for defendants shall file a joint stipulation specifying

4  those claims which have been resolved and those that remain to be resolved by the Court.

5  ☐  The parties agree to an additional follow up settlement on _____.

6  ☐  The parties are unable to reach an agreement at this time.

7  Date: July 11, 2007

8  Nandor J Vadas
   United States Magistrate Judge

**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Murphy, | No. C 03-03379 |
| v. | CERTIFICATE OF SERVICE |
| Perez. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Monrell Donavan Murphy**
P-24634
Calipatria State Prison
P.O. Box 5006
C3-147
Calipatria, CA 92233


RICHARD W. WIEKING, CLERK


By: /s/_____
     Deputy Clerk

3