EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHRISTOPHER M. YOUNG, State Bar No. 238532
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5553
 Fax: (415) 703-5843
 Email: Chris.Young@doj.ca.gov

Attorneys for Defendant Perez

FILED

AUG - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONRELL DONAVAN MURPHY,<br><br>     Plaintiff,<br><br>     v.<br><br>R. PEREZ,<br><br>     Defendant. | CASE NO. C 03-3379 JF (PR)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

Following a mediation with The Honorable Magistrate Judge Nandor Vadas, the parties agree as follows:

A. Plaintiff Monrell Donovan Murphy (Plaintiff) filed his Complaint in this action on July 21, 2003, and the Court ordered service on March 16, 2005. (Ct. Docket Nos. 1, 7.)

B. In his Complaint, Plaintiff alleges that Defendant Rogelio Perez physically injured him when he used excessive force against him on November 19, 2002 at Salinas Valley State Prison.

C. In its Order of Service, the Court screened Plaintiff's Complaint and found that

liberally construed, Plaintiff's excessive force allegations against Defendant Perez stated a cognizable 42 U.S.C. § 1983 claim. (Ct. Docket No. 7.) On May 21, 2007, the Court referred the case to the Pro Se Prisoner Early Settlement Program. (Docket No. 53.)

D. The parties mediated this matter before Magistrate Judge Vadas on July 2, 2007 at Calipatria State Prison, Calipatria. A full and final settlement of this action was reached by the parties. The parties wish to fully resolve all matters which were or could have been asserted in this action. Therefore, they now enter into this stipulation in order to fully settle and discharge all claims which are, or might have been, the subject matter of the action, upon the terms and conditions set forth below.

IN ACCORDANCE WITH MATTERS DISCUSSED BY MAGISTRATE JUDGE VADAS AND THE PARTIES AT THE JULY 2, 2007 MEDIATION, THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiff agrees to the voluntary dismissal with prejudice of the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure.

2. Defendant Perez and the California Department of Corrections and Rehabilitation (CDCR) deny any and all liability. This agreement does not constitute an admission of liability or any wrongdoing on behalf of any party.

3. In consideration for a release of all claims and a stipulation of dismissal in this action, the California Department of Corrections and Rehabilitation (CDCR), on behalf of Defendant, agrees to pay Plaintiff One Thousand Three Hundred Dollars and no cents ($1,300.00).

4. At the time that Plaintiff signs this stipulation, he shall also sign and return to defense counsel a Payee Data Record form. Upon receipt of the executed Stipulation and Order of Dismissal and Payee Data Record Form, CDCR will have up to 120 days to issue the settlement payment check

5. Plaintiff expressly waives and assumes the risk of any and all claims for damages which exist as of this date, but which he does not know or suspect to exist, whether

1 through ignorance, oversight, error, negligence, or otherwise, and which, if known,
2 would materially affect his decision to enter into this settlement agreement. Plaintiff
3 has read the contents of Section 1542 of the Civil Code of the State of California, and
4 he expressly waives the benefits of this section. Section 1542 reads as follows:

> Section 1542. (General Release - Claims Extinguished)
> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

9 Plaintiff assumes the risk that the facts or law may be other than he believes.

10  6. In consideration of the obligations set forth in Paragraph 3, Plaintiff completely releases and forever discharges Defendant, all served and unserved defendants, CDCR, Salinas Valley State Prison, and any unnamed defendants, from any and all claims that are the subject of the action as alleged in Plaintiff's Complaint that are based on, related to, or derived from the alleged acts or omissions of Defendant, CDCR, or Salinas Valley State Prison as alleged in Plaintiff's Complaint filed in this action.

16  7. Under California Penal Code § 2085.5 all outstanding restitution orders and fines must first be paid directly from this settlement. The restitution fines and fees, if any, shall be deducted from the settlement proceeds and the remainder of the settlement amount will be issued by check payable to Plaintiff.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  8. Each party shall bear his own attorneys' fees and costs.
2  9. This stipulation shall constitute the entire agreement between the parties arising from
3     the allegations alleged in this action, and it is expressly understood and agreed that this
4     stipulation has been freely and voluntarily entered into by all parties. It may not be
5     altered, amended, modified, or otherwise changed in any respect except by writing duly
6     executed by the parties to this agreement.
7  IT IS SO STIPULATED.

Dated: July ___, 2007
_____
MONRELL DONOVAN MURPHY, PLAINTIFF

Dated: July ___, 2007
_____
CHRISTOPHER M. YOUNG
Deputy Attorney General
Attorney for Defendant Rogelio Perez

ORDER

IT IS HEREBY ORDERED that this case against Defendant shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: 8-2-07
_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

Stip. & [Prop.] Order Dismissal

*Murphy v. Perez*
Case No. C 03-3379 JF (PR)

4